

# United States District Court
# Eastern District of California

| | |
|---|---|
| SNAPPY FOOD STORE, a California Corporation d/b/a SNAPPY FOOD STORE #1006 | Case Number: 1:25-cv-01008-JLT-CDB |
| Plaintiff(s) | |
| V. | |
| UNITED STATES OF AMERICA | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Andrew Z. Tapp__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: SNAPPY FOOD STORE, a California Corporation d/b/a SNAPPY FOOD STORE #1006

On __September of 2009__ (date), I was admitted to practice and presently in good standing in the __State of Florida__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have, [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

RANCHO PRODUCE MARKET, et al. v. USA-2:25-cv-01383-WBS-JDP-Date of Application: 05/15/2025; Granted: 06/17/2025

Date: 08/13/2025         Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Z. Tapp |
| Law Firm Name: | Metropolitan Law Group, PLLC |
| Address: | 1971 W. Lumsden Rd., #326 |
| City: | Brandon    State: FL    Zip: 33511-8820 |
| Phone Number w/Area Code: | (813) 228-0658 |
| City and State of Residence: | Tampa, Florida |
| Primary E-mail Address: | Andrew@Metropolitan.Law |
| Secondary E-mail Address: | LaJeana@Metropolitan.Law |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mubarak Malik |
| Law Firm Name: | The Law Office of Mubarak Malik The Immigration Advocate |
| Address: | 4422 Temecula St., Unit 2 |
| City: | San Diego    State: CA    Zip: 92107 |
| Phone Number w/Area Code: | (619) 363-2871    Bar # 323314 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 14, 2025

*/s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
U.S. MAGISTRATE JUDGE