1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

| 11 | SNAPPY FOOD STORE, | Case No. 1:25-cv-01008-JLT-CDB |
|---|---|---|
| 12 | Plaintiff, | ORDER ON STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE |
| 13 | v. | |
| 14 | UNITED STATES OF AMERICA, | (Docs. 5, 8) |
| 15 | Defendant. | |

   Plaintiff Snappy Food Store ("Plaintiff") initiated this action with the filing of a complaint on August 13, 2025, against Defendant United States of America ("Defendant" or "USA"). (Doc. 1). On September 10, 2025, the parties filed an initial joint stipulation to extend the time for Defendant to respond to the complaint by 28 days to November 22, 2025, in accordance with Local Rule 144(a), "to allow the parties to attempt to negotiate a resolution of the action." (Doc. 8); *see* L.R. 144(a).

   Pending before the Court is the parties' stipulated request to continue the joint scheduling conference set for November 10, 2025, to a date appropriate in December 2025, to accommodate the parties' stipulated extension of the Defendant's deadline for filing a responsive pleading. *Id.*

   In light of the parties' stipulation to extend the deadline for Defendant to respond to the complaint to a date after the scheduling conference, the Court finds good cause to continue the scheduling conference.

**Conclusion and Order**

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's complaint no later than November 22, 2025. *See* (Doc. 8); L.R. 144(a); and

2. The scheduling conference set for November 10, 2025, is continued to **December 4, 2025, at 9:30 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. (Doc. 5).

IT IS SO ORDERED.

Dated:   **September 11, 2025**

UNITED STATES MAGISTRATE JUDGE